Amy L. B. Ginsburg (275805)
Kimmel & Silverman, P.C.
30 East Butler Pike
Ambler, PA 19002
Telephone: 215-540-8888
Facsimile: 215-540-8817
teamkimmel@creditlaw.com
Attorney for Plaintiff

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALAN LAUGHLIN, § § Plaintiff, § v. § KOHL'S DEPARTMENT STORES, § INC., § Defendant. § | Civil Action No. 3:19-cv-01467-EMC |

## NOTICE OF SETTLEMENT

TO THE CLERK:

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached settlement. The parties anticipate filing a stipulation of dismissal of this action with prejudice pursuant to Fed. R. Civ. P. 41 (a) within sixty (60) days.

Dated: September 10, 2019         By: */s/ Amy L. B. Ginsburg*
                                  Amy L. B. Ginsburg, Esquire
                                  Kimmel & Silverman, P.C.
                                  30 E. Butler Pike
                                  Ambler, PA 19002
                                  Phone: (215) 540-8888
                                  Fax: (877) 788-2864
                                  Email: aginsburg@creditlaw.com

# CERTIFICATE OF SERVICE

I, Amy L. B. Ginsburg, Esquire, do certify that I served a true and correct copy of the Notice of Settlement in the above-captioned matter, upon the following via CM/ECF system:

Vincent P. Rao, Esquire
Kelley, Drye and Warren, LLP
1 Jefferson Road
Parsippany, NJ 07054
vrao@kelleydrye.com
Attorney for Defendant

Dated: September 10, 2019         By: */s/ Amy L. B. Ginsburg*
                                      Amy L. B. Ginsburg, Esquire
                                      Kimmel & Silverman, P.C.
                                      30 E. Butler Pike
                                      Ambler, PA 19002
                                      Phone: (215) 540-8888
                                      Fax: (877) 788-2864
                                      Email: aginsburg@creditlaw.com