**KIMMEL & SILVERMAN, P.C.**
Amy L. Bennecoff (SBN 275805)
30 East Butler Pike
Ambler, PA 19002
Telephone: (215) 540-8888
Facsimile: (215) 540-8817
teamkimmel@creditlaw.com

Attorney for Plaintiff
Alan Laughlin

**KELLEY DRYE & WARREN LLP**
Tahir L. Boykins (SBN 323441)
10100 Santa Monica Blvd. 23rd Floor
Los Angeles, California 90067
Telephone: (310) 712-6100
Facsimile: (310) 712-6199
tboykins@kelleydrye.com

Attorney for the Defendant
Kohl's Department Stores, Inc.

IT IS SO ORDERED

Judge Edward M. Chen

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALAN LAUGHLIN,<br><br>　　　　Plaintiff,<br><br>　　　v.<br><br>KOHL'S DEPARTMENT STORES, INC.,<br><br>　　　　Defendant. | Case No.: 3:19-cv-01467-EMC<br><br>(Assigned to Hon. Edward M. Chen)<br><br>**STIPULATION TO DISMISS** |

## STIPULATION TO DISMISS

IT IS HEREBY STIPULATED AND AGREED:

Pursuant to Rule 41(a)(1)(A)(ii), counsel for all parties hereto stipulate to the dismissal with prejudice and with each party to bear its own costs and fees.

| | |
|---|---|
| /s/ Tahir L. Boykins | /s/ Amy L. Bennecoff Ginsburg |
| Tahir L. Boykins | Amy L. Bennecoff Ginsburg |
| **KELLEY DRYE & WARREN LLP** | **KIMMEL & SILVERMAN, P.C.** |
| 10100 Santa Monica Blvd. 23rd Floor | 30 East Butler Pike |
| Los Angeles, California 90067 | Ambler, PA 19002 |
| Telephone: (310) 712-6100 | Telephone: (215) 540-8888 |
| Facsimile: (310) 712-6199 | Facsimile: (215) 540-8817 |
| tboykins@kelleydrye.com | teamkimmel@creditlaw.com |
| | |
| Attorney for the Defendant | Attorney for the Plaintiff |
| Kohl's Department Stores, Inc. | Alan Laughlin |
| | |
| Date: October 22, 2019 | Date: October 22, 2019 |

## CERTIFICATE OF SERVICE

I, Amy L. Bennecoff Ginsburg, Esquire, do certify that I served a true and correct copy of the Stipulation of Dismissal in the above-captioned matter, upon the following via CM/ECF system:

DATED: October 22, 2019        /s/ Amy L. Bennecoff Ginsburg

                                          Amy L. Bennecoff Ginsburg, Esq,
                                          Attorney for Plaintiff